Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of photo enlargers the same in all material respects as those the subject of Abstract 61986, the claim of the plaintiffs was sustained.

No. 63372.—Manca, Inc. v. United States, protest 58/24227 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of cameras, the claim of the plaintiff was sustained.

No. 63373.—Manca, Inc. v. United States, protest 59/6907 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of photographic cameras similar in all material respects to the merchandise involved in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C.D. 1874), the claim of the plaintiff was sustained.

No. 63374.—Burleigh Brooks, Inc., et al. v. United States, protests 58/13642, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of photographic lenses similar in all material respects to those the subject of Abstract 61631, the claim of the plaintiffs was sustained.

No. 63375.—Manca, Inc. v. United States, protest 59/11229 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C.D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U.S.C. §2636(d)).

No. 63376.—William Adams, Inc. v. United States, protest 58/18510(A) (New York).